**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

TIFFANY MILLER                                    CIVIL ACTION

VERSUS                                            NO. 12-21

ROGER BRAUD, ET AL.                              SECTION  "A" (3)

**ORDER**

The Court, after considering the parties' submissions regarding Plaintiff's Motion for Attorney's Fees [Doc. #68], the entirety of the record, the applicable law, the Magistrate Judge's Report and Recommendation [Doc. #86] and the absence of any objections thereto, hereby approves the aforesaid Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Attorney's Fees [Doc. #68] is hereby **GRANTED IN PART** in the amount of **$10,086.25**.

New Orleans, Louisiana, this 16th day   December   , 2013.

_____
United States District Judge